Decided April 19, 2002

## CONNECTICUT COALITION AGAINST MILLSTONE *v.* DEPARTMENT OF PUBLIC UTILITY CONTROL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 21804) is denied.

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Nancy Burton*, in support of the petition.

*Robert L. Marconi*, assistant attorney general, *Linda L. Morkan, David W. Bogan, Joey Lee Miranda, Brian T. Henebry, Anthony M. Fitzgerald* and *Jeffrey R. Babbin*, in opposition.

Decided April 19, 2002